UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                     Case No.

**BAILEY, Robert & Brenda**
     Debtor(s)

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. SEC. 521(a)(1)(B)(iv)

☐ **Debtor** has attached to this statement copies of all payment advices or other evidences of payment received within 60 days before the date of the filing of the petition from any employer.

☒ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filng of the petition from any employer because:

  ☐ Debtor was not employed during the 60 days preceding the filing of the petition.

  ☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed.

  ☒ Debtor was self-employed during the 60 days preceding the filing of the petition.

  ☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement, and it is true to the best of my knowledge, information and belief.
Signature of Debtor: _Robert E. Bailey_ Date: _8-5-13_

*******************************************************************

☒ **Joint debtor** has attached to this statement copies of all payment advices or other evidences of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  ☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition.

  ☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed.

  ☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition.

  ☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition.

  ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement, and it is true to the best of my knowledge, information and belief.
Signature of Joint Debtor: _Brenda J Bailey_ Date: _8/5/13_

## PERSONAL AND CHECK INFORMATION

BRENDA J BAILEY
620 E. 24TH STREET
MINNEAPOLIS, MN 55404

Soc Sec #: XXX-XX-XXXX  Employee ID: 2
Hire Date: 03/05/90  Rehire Date: 03/05/90
Status:
Filing Status:
Federal: Married, 0
State: MN, Married, 0
Div/Br/Dept: 150D/100/93

Pay Period: 04/20/13 to 05/03/13
Check Date: 05/17/13  Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION F - Available | 136.615 | HOURS |
| MEDICAL LE - Available | 1440.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1181.42 | 11457.06 |
| SAVINGS1 | 500.00 | 5000.00 |
| Net Pay | 1681.42 | 16457.06 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 80.00 | 37.5209 | 3001.68 | 696.00 | 26114.56 |
| HOLIDAY | | | | 40.00 | 1500.84 |
| VACATION | | | | 64.00 | 2401.34 |
| MED125 | | | -346.68 | | -3974.76 |
| MEDFLEX | | | -20.00 | | -200.00 |
| EE403B | | | -250.00 | | -2500.00 |
| ER403B MATCH - M | | | 10.00 | | 100.00 |
| HOURS WORKED | 80.00 | | | 696.00 | |
| ADJ EARNINGS | | | 2385.00 | | 23341.98 |
| GROSS EARNINGS | 80.00 | | 3001.68 | 800.00 | 30016.74 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| AFLAC DEDUCTION | 45.84 | 458.40 |
| DENTAL DED POST | 42.62 | 426.20 |
| UNITED WAY | 10.00 | 100.00 |
| TOTAL | 98.46 | 984.60 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 275.54 | 2679.20 |
| OASDI | 163.37 | 1602.22 |
| MEDICARE | 38.21 | 374.74 |
| STATE W/H MN | 128.00 | 1244.16 |
| TOTAL | 605.12 | 5900.32 |

| **NET PAY** | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1681.42 | 16457.06 |

Payrolls by Paychex, Inc.
0456-G355 MODEL CITIES OF ST PAUL INC ■

## PERSONAL AND CHECK INFORMATION

BRENDA J BAILEY
520 E. 24TH STREET
MINNEAPOLIS, MN 55404

Soc Sec #: XXX-XX-XXXX    Employee ID: 2
Hire Date: 03/05/90         Rehire Date: 03/05/90
Status:
Filing Status:
Federal: Married, 0
State: MN, Married, 0
Div/Br/Dept: 150D/100/93

Pay Period: 05/18/13 to 05/31/13
Check Date: 06/14/13    Check #: Direct Deposit

## TIME OFF (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION F - Available | 161.231 | HOURS |
| MEDICAL LE - Available | 1438.769 | HOURS |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1181.41 | 14325.17 |
| SAVINGS1 | 500.00 | 6000.00 |
| Net Pay | 1681.41 | 20325.17 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 72.00 | 37.5209 | 2701.50 | 832.00 | 31217.40 |
| HOLIDAY | 8.00 | 37.5209 | 300.17 | 48.00 | 1801.01 |
| SICK | | | | 16.00 | 600.33 |
| VACATION | | | | 64.00 | 2401.34 |
| MED125 | | | -346.68 | | -4321.44 |
| MEDFLEX | | | -20.00 | | -220.00 |
| EE403B | | | -250.00 | | -2750.00 |
| ER403B MATCH - M | | | 10.00 | | 110.00 |
| HOURS WORKED | 72.00 | | | 832.00 | |
| ADJ EARNINGS | | | 2384.99 | | 28728.64 |
| GROSS EARNINGS | 80.00 | | 3001.67 | 960.00 | 36020.08 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| AFLAC DEDUCTION | 45.84 | 550.08 |
| DENTAL DED POST | 42.62 | 468.82 |
| UNITED WAY | 10.00 | 110.00 |
| TOTAL | 98.46 | 1128.90 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 275.54 | 3322.78 |
| OASDI | 163.37 | 1951.69 |
| MEDICARE | 38.21 | 456.47 |
| STATE W/H MN | 128.00 | 1543.63 |
| TOTAL | 605.12 | 7274.57 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1681.41 | 20325.17 |

Payrolls by Paychex, Inc.
**456-G355** MODEL CITIES OF ST PAUL INC

=== FOLD AND REMOVE ===                                                                                               FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

RENDA J BAILEY
20 E. 24TH STREET
MINNEAPOLIS, MN 55404

Soc Sec #: XXX-XX-XXXX  Employee ID: 2
Hire Date: 03/05/90  Rehire Date: 03/05/90
Status:
Filing Status:
 Federal: Married, 0
 State: MN, Married, 0
Div/Br/Dept: 150D/100/93

Pay Period: 06/01/13 to 06/14/13
Check Date: 06/28/13   Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION F - Available | 171.538 | HOURS |
| MEDICAL LE - Available | 1440.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1181.41 | 15506.58 |
| SAVINGS1 | 500.00 | 6500.00 |
| Net Pay | 1681.41 | 22006.58 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 78.00 | 37.5209 | 2926.63 | 910.00 | 34144.03 |
| HOLIDAY | | | | 48.00 | 1801.01 |
| SICK | | | | 16.00 | 600.33 |
| VACATION | 2.00 | 37.5209 | 75.04 | 66.00 | 2476.38 |
| MED125 | | | -346.68 | | -4668.12 |
| MEDFLEX | | | -20.00 | | -240.00 |
| EE403B | | | -250.00 | | -3000.00 |
| ER403B MATCH - M | | | 10.00 | | 120.00 |
| HOURS WORKED | 78.00 | | | 910.00 | |
| ADJ EARNINGS | | | 2384.99 | | 31113.63 |
| GROSS EARNINGS | 80.00 | | 3001.67 | 1040.00 | 39021.75 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| AFLAC DEDUCTION | 45.84 | 595.92 |
| DENTAL DED POST | 42.62 | 511.44 |
| UNITED WAY | 10.00 | 120.00 |
| TOTAL | 98.46 | 1227.36 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 275.54 | 3598.32 |
| OASDI | 163.37 | 2115.06 |
| MEDICARE | 38.21 | 494.68 |
| STATE W/H MN | 128.00 | 1671.63 |
| TOTAL | 605.12 | 7879.69 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1681.41 | 22006.58 |

Payrolls by Paychex, Inc.
56-G355 MODEL CITIES OF ST PAUL INC

## PERSONAL AND CHECK INFORMATION

BRENDA J BAILEY
320 E. 24TH STREET
MINNEAPOLIS, MN 55404

Soc Sec #: XXX-XX-XXXX  Employee ID: 2
Hire Date: 03/05/90  Rehire Date: 03/05/90
Status:
Filing Status:
Federal: Married, 0
State: MN. Married, 0
Div/Br/Dept: 150D/100/93

Pay Period: 06/15/13 to 06/28/13
Check Date: 07/12/13  Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION F - Available | 175.846 | HOURS |
| MEDICAL LE - Available | 1440.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1181.41 | 16687.99 |
| SAVINGS1 | 500.00 | 7000.00 |
| Net Pay | 1681.41 | 23687.99 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 72.00 | 37.5209 | 2701.50 | 982.00 | 36845.53 |
| HOLIDAY | | | | 48.00 | 1801.01 |
| SICK | | | | 16.00 | 600.33 |
| VACATION | 8.00 | 37.5209 | 300.17 | 74.00 | 2776.55 |
| MED125 | | | -346.68 | | -5014.80 |
| MEDFLEX | | | -20.00 | | -260.00 |
| EE403B | | | -250.00 | | -3250.00 |
| ER403B MATCH - M | | | 10.00 | | 130.00 |
| HOURS WORKED | 72.00 | | | 982.00 | |
| ADJ EARNINGS | | | 2384.99 | | 33498.62 |
| GROSS EARNINGS | 80.00 | | 3001.67 | 1120.00 | 42023.42 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| AFLAC DEDUCTION | 45.84 | 641.76 |
| DENTAL DED POST | 42.62 | 554.06 |
| UNITED WAY | 10.00 | 130.00 |
| TOTAL | 98.46 | 1325.82 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 275.54 | 3873.86 |
| OASDI | 163.37 | 2278.43 |
| MEDICARE | 38.21 | 532.89 |
| STATE W/H MN | 128.00 | 1799.63 |
| TOTAL | 605.12 | 8484.81 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1681.41 | 23687.99 |

Payrolls by Paychex, Inc.
1456-G355 MODEL CITIES OF ST PAUL INC ■

## PERSONAL AND CHECK INFORMATION

BRENDA J BAILEY
620 E. 24TH STREET
MINNEAPOLIS, MN 55404

Soc Sec #: XXX-XX-XXXX  Employee ID: 2
Hire Date: 03/05/90  Rehire Date: 03/05/90
Status:
Filing Status:
Federal: Married, 0
State: MN, Married, 0
Div/Br/Dept: 150D/100/93

Pay Period: 06/29/13 to 07/12/13
Check Date: 07/26/13  Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION F - Available | 116.154 | HOURS |
| MEDICAL LE - Available | 1440.000 | HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 | 1181.41 | 17869.40 |
| SAVINGS1 | 500.00 | 7500.00 |
| Net Pay | 1681.41 | 25369.40 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | | 982.00 | 36845.53 |
| HOLIDAY | 8.00 | 37.5209 | 300.17 | 56.00 | 2101.18 |
| SICK | | | | 16.00 | 600.33 |
| VACATION | 72.00 | 37.5209 | 2701.50 | 146.00 | 5478.05 |
| MED125 | | | -346.68 | | -5361.48 |
| MEDFLEX | | | -20.00 | | -280.00 |
| EE403B | | | -250.00 | | -3500.00 |
| ER403B MATCH - M | | | 10.00 | | 140.00 |
| HOURS WORKED | | | | 982.00 | |
| ADJ EARNINGS | | | 2384.99 | | 35883.61 |
| GROSS EARNINGS | 80.00 | | 3001.67 | 1200.00 | 45025.09 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| AFLAC DEDUCTION | 45.84 | 687.60 |
| DENTAL DED POST | 42.62 | 596.68 |
| UNITED WAY | 10.00 | 140.00 |
| TOTAL | 98.46 | 1424.28 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 275.54 | 4149.40 |
| OASDI | 163.37 | 2441.80 |
| MEDICARE | 38.21 | 571.10 |
| STATE W/H MN | 128.00 | 1927.63 |
| TOTAL | 605.12 | 9089.93 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1681.41 | 25369.40 |

Payroll
156-G355 MODEL CITIES OF ST PAUL INC